| | |
|---|---|
| 1 | Richard de Bodo (State Bar No. 128199) |
| 2 | J. Drew Diamond (State Bar No. 205028) |
|   | David G. Chang (State Bar No. 241923) |
| 3 | **HOGAN & HARTSON LLP** |
|   | 1999 Avenue of the Stars, Suite 1400 |
| 4 | Los Angeles, California 90067 |
|   | Telephone:  (310) 785-4600 |
| 5 | Facsimile:   (310) 785-4601 |
|   | E-mail: rdebodo@hhlaw.com |
| 6 |              ddiamond@hhlaw.com |
|   |              dgchang@hhlaw.com |
| 7 | Attorneys for Plaintiff |
| 8 | VALEANT PHARMACEUTICALS INTERNATIONAL |

FILED 2008 APR 25 AM 11:37 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| VALEANT PHARMACEUTICALS INTERNATIONAL, | Case No. SACV08-00449 AG (AGRx) |
|---|---|
| Plaintiff, | **DECLARATION OF DAVID G. CHANG** |
| v. | Date:       TBD |
| MICHAEL O. LEAVITT, *in his official capacity as Secretary of the U.S. Department of Health and Human Services,* | Time:       TBD |
| | Courtroom:  TBD |
| | Judge:      TBD |
| and | |
| ANDREW C. VON ESCHENBACH, M.D., *in his official capacity as Commissioner of the Food and Drug Administration,* | |
| Defendants. | |

**COPY**

---

\\LA - 086689/000039 - 384208 v2       DECLARATION OF DAVID G. CHANG

I, David G. Chang, declare as follows:

1. I am an attorney with the law firm of Hogan & Hartson LLP, member in good standing of the California bar, and counsel for Plaintiff Valeant Pharmaceuticals International ("Valeant"). The following is my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a Letter from the Food and Drug Administration ("FDA") to Drs. Lamon & Kricorian, Apr. 11, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of Valeant's Citizen Petition to the FDA, Dec. 21, 2004.[1]

4. Attached hereto as Exhibit C is a true and correct copy of a Reply Comment of Valeant Pharmaceuticals International to FDA, Oct. 21, 2005, which includes the Declaration of Howard I. Maibach, M.D., In Support of the Citizen Petition of Valeant Pharmaceuticals International.

5. Attached hereto as Exhibit D is a true and correct copy of a Reply Comment of Valeant Pharmaceuticals International to FDA, Apr. 3, 2006, which includes the Declaration of Khanh P. Tran, M.D., In Support of the Citizen Petition of Valeant Pharmaceuticals International.

6. Attached hereto as Exhibit E is a true and correct copy of a Letter from David M. Fox & Brian R. McCormick's to FDA, Nov. 7, 2006, which includes a

---

[1] Please note that Exhibits B - D themselves include additional tabs separating their various subparts. Tabs appearing as "Exhibit __" identify the Exhibits to this declaration. Tabs without the "Exhibit" designation identify subparts to the Exhibits.

Letter from Dennis M. Fisher, M.D. to Greg J. Kricorian, M.D., Nov. 7, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, this 24th day of April, 2008.

_____
David G. Chang

\\\LA - 086689/000039 - 384208 V2