Richard de Bodo, Esq., SBN: 128199
J. Drew Diamond, Esq., SBN: 205028
David G. Chang, Esq., SBN: 241923
HOGAN & HARTSON, LLP
1999 Avenue of the Stars, #1400
Los Angeles, CA 90067
Ph: 310-785-4600; Fax: 310-785-4601

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MICHAEL O. LEAVITT, etc., et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SA CV-08-00499 AG (AGRx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1. Valeant's Supplemental Memorandum in Support of Application for Temporary Restraining Order;
2. Declaration of Christopher Weichel; and
3. Declaration of Drew Diamond.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*): _____

| | |
|---|---|
| May 30, 2008 | David Chang, Esq. |
| Date | Attorney Name |
| | Plaintiff VALEANT PHARMACEUTICALS |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  NOTICE OF MANUAL FILING