1

**WINSTON & STRAWN LLP**
Gail J Standish (SBN: 166334)

2
gstandish@winston.com
Peter E. Perkowski (SBN: 199491)

3
pperkowski@winston.com
333 South Grand Avenue, 38th Floor

4
Los Angeles, CA 90071-1543
Telephone: 213-615-1700

5
Facsimile: 213-615-1750

6

**ROTHWELL, FIGG, ERNST & MANBECK**
Steven Lieberman (admitted *pro hac vice*)

7
Minaksi Bhatt (SBN: 151312)
Lisa N. Phillips (admitted *pro hac vice*)

8
1425 K Street, N.W.
Washington, D.C. 20005

9
Telephone: 202-783-6040
Facsimile: 202-783-6031

10

Attorneys For Defendant-Intervenor

11
SPEAR PHARMACEUTICALS, INC.

12
UNITED STATES DISTRICT COURT

13
CENTRAL DISTRICT OF CALIFORNIA

14
SOUTHERN DIVISION – SANTA ANA

15

16
VALEANT PHARMACEUTICALS INTERNATIONAL,

17

18
Plaintiff,

19
v.

20
MICHAEL O. LEAVITT et al.,

21

22
Defendants,

23
and

24
SPEAR PHARMACEUTICALS, INC

25
Defendant-Intervenor.

Case No. 8:08-CV-00449 AG (AGRx)

**SPEAR'S RESPONSE TO VALEANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Honorable Andrew J. Guilford

26

27

28

This memorandum is respectfully submitted on behalf of Defendant-Intervenor Spear Pharmaceuticals, Inc. ("Spear") in response to the supplemental memorandum of Valeant Pharmaceuticals International ("Valeant") in support of its application for a temporary restraining order.

Valeant suggests that Spear marketed, sold, and/or shipped its fluorouracil cream, USP 5% product during the stay that commenced on May 1, 2008. The accompanying Supplemental Declaration of K.L. Spear, M.D. explains that this misleading allegation is false. Spear did not market, sell, and/or ship its fluorouracil cream, USP 5% product during the stay. Spear's customers, pharmacy chain distribution centers and drug wholesaler distribution centers, supply the retail pharmacies that ultimately dispense the product to patients. Any Spear product that was dispensed by retail pharmacies to patients during the stay had been sold and shipped by Spear to its customers on or before April 30, 2008.

For the reasons in the oppositions to Valeant's TRO application, and in view of the FDA's May 30, 2008 decision that upheld Spear's approval, Spear respectfully requests that the Court deny Valeant's application for a TRO.

Dated: May 31, 2008          Respectfully submitted,

**WINSTON & STRAWN LLP**

By: _____/s/ Peter E. Perkowski_____
    Gail J. Standish (SBN: 166334)
    E-mail: gstandish@winston.com
    Peter E. Perkowski (SBN: 199491)
    E-mail: pperkowski@winston.com
    **WINSTON & STRAWN LLP**
    333 South Grand Avenue. 38th Floor
    Los Angeles, California 90071-1543
    Telephone:  213-615-1731
    Facsimile: 213-615-1750

**1**

**SPEAR'S RESPONSE TO VALEANT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN: 151312)
Lisa N. Phillips (admitted *pro hac vice*)
**ROTHWELL, FIGG, ERNST & MANBECK**
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys for Defendant-Intervenor
**Spear Pharmaceuticals, Inc.**

**2**

**SPEAR'S RESPONSE TO VALEANT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER**