LODGED

1
2
3
4
5
6
7
8

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL<br><br>Plaintiff<br>v.<br><br>MICHAEL O. LEAVITT, *in his official capacity as Secretary of the U.S. Department of Health and Human Services,*<br><br>and<br><br>ANDREW C. VON ESCHENBACH, M.D., *in his official capacity as Commissioner of the Food and Drug Administration,*<br><br>Defendants. | Case No. **SACV08-00449 AG (AGRx)**<br><br>[PROPOSED] **TEMPORARY RESTRAINING ORDER** |

\\\LA - 086689/000039 - 384218 v1

[PROPOSED] TEMPORARY RESTRAINING ORDER

## ~~[PROPOSED]~~ TEMPORARY RESTRAINING ORDER

The Court has considered Valeant's Application for Temporary Restraining Order, including all papers submitted to date by Plaintiff and Defendants, ~~the arguments of counsel at the hearing on this matter~~, and all matters of which the Court may take judicial notice. Having considered the record, the Court finds that absent provisional relief, Plaintiff will suffer immediate and irreparable injury, loss, and damage. Accordingly, the Court grants the instant Application and orders:

1. Defendants Michael O. Leavitt, Andrew C. von Eschenbach, and their agents, servants, employees, successors, assigns, and all those in active concert or participation with them, shall be and hereby are compelled to suspend approval of the Abbreviated New Drug Application ("ANDA") No. 77-524 for a generic version of Efudex® (fluorouracil) Cream.

2. This Order shall remain in full force and effect ~~until further Order from the Court.~~ after Valeant posts a $500,000 surety bond protecting all parties except plaintiff.

**SO ORDERED**.

Dated: MAY 31, 2008

_____
United States District Judge
ANDREW J. GUILFORD

1 | Dated: April 24, 2008

Respectfully submitted,

By _____
Richard de Bodo (State Bar No. 128199)
J. Drew Diamond (State Bar No. 205028)
David G. Chang (State Bar No. 241923)
**HOGAN & HARTSON LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601
E-mail: rdebodo@hhlaw.com
          ddiamond@hhlaw.com
          dgchang@hhlaw.com

Attorneys for Plaintiff
VALEANT PHARMACEUTICALS
INTERNATIONAL