FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN -2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL<br><br>Plaintiff<br>v.<br><br>MICHAEL O. LEAVITT, *in his official capacity as Secretary of the U.S. Department of Health and Human Services,*<br><br>and<br><br>ANDREW C. VON ESCHENBACH, M.D., *in his official capacity as Commissioner of the Food and Drug Administration,*<br><br>Defendants. | Case No. SACV08-00449 AG (AGRx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

# [PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**WHEREAS**, good cause having been shown pursuant to Federal Rule of Civil Procedure 65 that immediate and irreparable injury, loss, and damage would result to Plaintiff before a Motion for a Preliminary Injunction can be decided;

**WHEREAS**, on MAY 31, 2008, this Court granted Plaintiff's Application for a Temporary Restraining Order;

**WHEREAS**, this Court has compelled Defendants Michael O. Leavitt, Andrew C. von Eschenbach, and their agents, servants, employees, successors, assigns, and all those in active concert or participation with them to suspend approval of the Abbreviated New Drug Application ("ANDA") No. 77-524 for a generic version of Efudex® (fluorouracil) Cream pending further order of this Court; it is hereby

**ORDERED** that Defendants, through their counsel of record, shall appear before this Court at Courtroom D, 411 West Fourth Street, Santa Ana, California 92701-4516, on the 10TH of JUNE, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, to show cause why a preliminary injunction should not issue compelling defendants to suspend approval of ANDA No. 77-524.

**SO ORDERED**.

Dated: MAY 31, 2008

_____
United States District Judge
**ANDREW J. GUILFORD**

Dated: April 24, 2008

Respectfully submitted,

By _____
Richard de Bodo (State Bar No. 128199)
J. Drew Diamond (State Bar No. 209028)
David G. Chang (State Bar No. 241923)
**HOGAN & HARTSON LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601
E-mail: rdebodo@hhlaw.com
            ddiamond@hhlaw.com
            dgchang@hhlaw.com

Attorneys for Plaintiff
VALEANT PHARMACEUTICALS
INTERNATIONAL