# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV08-0449-AG(AGRx) | | Date | June 10, 2008 |
|---|---|---|---|---|
| Title | VALEANT PHARMACEUTICALS INTERNATIONAL V. MICHAEL O. LEAVITT, ET AL | | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lori Anderson for Lisa Bredahl | Bernadette Balajadia | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Drew Diamond | Andrew Clark, FDA |
| Richard De Bodo | Wendy S. Vicente, FDA |
| | Katherine Hikida, AUSA |
| | |
| | Attorneys Present for Intervenor Defendant |
| | Peter E. Perkowski |
| | Minaksi Bhatt |
| | Steve Lieberman |

**Proceedings:**  HEARING RE: ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Cause is called for hearing and counsel make their appearances. Court and counsel confer. Order to Show Cause why a preliminary injunction should not issue is argued and taken under submission.

The Court ORDERS all parties to submit a proposed Findings of Fact and Conclusions of Law with appropriate citations on or before noon on Tuesday, June 17, 2008.  The Court ORDERS the Temporary Restraining Order ("TRO") to remain in full force and effect until June 18, 2008, provided an additional $500,000 Bond is posted by Thursday, June 12, 2008, increasing the total amount of the Bond to $1,000,000.

Government to file supplemental affidavit by Thursday, June 12, 2008, with objections, if any, to be filed on or before June 17, 2008.

|  | 3 | : | 05 |
|---|---|---|---|
| Initials of Preparer | lma | | |