# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 08-0449 AG (AGRx) | Date | June 24, 2008 |
| Title | VALEANT PHARMACEUTICALS INTERNATIONAL V. MICHAEL O. LEAVITT, ET AL. | | |

Present: The Honorable   ANDREW J. GUILFORD

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

Not Present                                                  Not Present

**Proceedings:**      [IN CHAMBERS] ORDER DENYING APPLICATION TO SEAL

The Federal Defendants have requested that the Vantrease and Doyle Declarations, submitted by the Federal Defendants in opposition to Plaintiff's motion for a preliminary injunction, be filed under seal.

The Court takes seriously the public's right of access to judicial proceedings, and will not approve the filing of documents under seal unless good cause is shown. Defendants here have not shown good cause for the sealing of these documents.

The Application for Order to File Declarations Under Seal is DENIED.

                                                                              :    0

                                        Initials of
                                        Preparer           lmb