WINSTON & STRAWN LLP
Gail J. Standish (SBN: 166334)
e-mail: gstandish@winston.com
Peter E. Perkowski (SBN: 199491)
e-mail: pperkowski@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN: 151312)
Lisa N. Phillips (admitted *pro hac vice*)
1425 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys For Intervenor Defendant
SPEAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>Defendants.<br><br>and<br><br>SPEAR PHARMACEUTICALS, INC.<br><br>Intervenor Defendant. | Case No. SACV08-449 AG (AGRx)<br><br>The Honorable Andrew J. Guilford<br><br>**NOTICE OF MOTION AND MOTION OF SPEAR PHARMACEUTICALS, INC. FOR EXECUTION ON BOND**<br><br>Hearing Date: August 11, 2008<br>Hearing Time: 10:00 a.m.<br>Hearing Place: 10D |

PLEASE TAKE NOTICE that on Monday, August 11, 2008, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Andrew J. Guilford, Judge presiding, in Room 10D of the above-entitled court, located at 411 West Fourth Street, Room 1053, Santa Ana, California, Intervenor Defendant Spear Pharmaceuticals, Inc. ("Spear") will and hereby does move, under Rule 65.1 of the Federal Rules of Civil Procedures, for execution on the bond posted by Valeant Pharmaceuticals International ("Valeant") in the sum amount of $1,000,000.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Steven Basile, and Minaksi Bhatt, all pleadings and papers on file in this action, and upon such further oral and documentary evidence as may be presented at or before the hearing on this Motion. A proposed order accompanies this motion.

///

///

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on various dates between June 25 and July 1.

Dated: July 21, 2008   Respectfully submitted,

**WINSTON & STRAWN LLP**

By: _____/s/ Peter E. Perkowski_____
Gail J. Standish (State Bar No. 166334)
E-mail: gstandish@winston.com
Peter E. Perkowski (State Bar No. 199491)
E-mail: pperkowski@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN 151312)
Lisa N. Phillips (admitted *pro hac vice*)
**ROTHWELL, FIGG, ERNST & MANBECK**
1425 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys for Intervenor Defendant
**Spear Pharmaceuticals, Inc.**