WINSTON & STRAWN LLP
Gail J. Standish (SBN: 166334)
e-mail: gstandish@winston.com
Peter E. Perkowski (SBN: 199491)
e-mail: pperkowski@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN: 151312)
1425 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys For Intervenor Defendant
SPEAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>　　　　Defendants.<br><br>and<br><br>SPEAR PHARMACEUTICALS, INC.<br><br>　　　　Intervenor Defendant. | Case No. SACV08-449 AG (AGRx)<br><br>**NOTICE OF MOTION AND MOTION OF SPEAR PHARMACEUTICALS, INC. FOR EXECUTION ON BOND**<br><br>The Honorable Andrew J. Guilford<br><br>Hearing Date:　Nov. 2, 2009<br>Hearing Time:　10:00 a.m.<br>Hearing Place:　10D |

1  PLEASE TAKE NOTICE that on Monday, November 2, 2009, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Andrew J. Guilford, Judge presiding, in Room 10D of the above-entitled Court, located at 411 West Fourth Street, Room 1053, Santa Ana, California, Intervenor Defendant Spear Pharmaceuticals, Inc. will and hereby does move, under Rule 65.1 of the Federal Rules of Civil Procedures, for execution on the bond posted by Valeant Pharmaceuticals International.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Roy Weinstein, Dr. K.L. Spear, and Minaksi Bhatt, and their attached exhibits, all pleadings and papers on file in this action, and upon such further oral and documentary evidence as may be presented at or before the hearing on this Motion. A proposed order accompanies this motion.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1  This motion is made following the conference of counsel under L.R. 7-3, which took
2  place on September 16, 2009.

3
4   Dated: October 9, 2009          Respectfully submitted,
5                                   **WINSTON & STRAWN LLP**
6
7                              By:  /s/ Peter E. Perkowski
                                    Gail J. Standish (State Bar No. 166334)
8                                   E-mail: gstandish@winston.com
                                    Peter E. Perkowski (State Bar No. 199491)
9                                   E-mail: pperkowski@winston.com
                                    **WINSTON & STRAWN LLP**
10                                  333 South Grand Avenue, 38th Floor
                                    Los Angeles, California 90071-1543
11                                  Telephone: 213-615-1700
                                    Facsimile: 213-615-1750
12
                                    Steven Lieberman (admitted *pro hac vice*)
13                                  Minaksi Bhatt (SBN 151312)
                                    **ROTHWELL, FIGG, ERNST & MANBECK**
14                                  1425 K Street, N.W.
                                    Washington, D.C. 20005
15                                  Telephone: 202-783-6040
                                    Facsimile: 202-783-6031
16
                                    Attorneys for Intervenor Defendant
17                                  **Spear Pharmaceuticals, Inc.**

18  1655255_1
19
20
21
22
23
24
25
26
27
28