WINSTON & STRAWN LLP
Gail J. Standish (SBN: 166334)
e-mail: gstandish@winston.com
Peter E. Perkowski (SBN: 199491)
e-mail: pperkowski@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN: 151312)
1425 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys For Intervenor Defendant
SPEAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>Defendants.<br><br>and<br><br>SPEAR PHARMACEUTICALS, INC.<br><br>Intervenor Defendant. | Case No. SACV08-449 AG (AGRx)<br><br>The Honorable Andrew J. Guilford<br><br>**DECLARATION OF MINAKSI BHATT** |

DECLARATION OF MINAKSI BHATT

I, Minaksi Bhatt, declare and state as follows:

1. I am a member of the firm of Rothwell, Figg, Ernst & Manbeck, LLC, attorneys for Spear Pharmaceuticals, Inc. ("Spear") and a member of the Bar of the District of Columbia, the State Bar of California, and the Washington State Bar. I submit this declaration in support of Spear's Motion for Execution on the Bond.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the May 31, 2008 Temporary Restraining Order.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the June 2, 2008 Undertaking for the Temporary Restraining Order.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the June 10, 2008 Civil Minutes.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the June 11, 2008 Surety Rider.

6. Attached hereto as Exhibit 5 is a true and correct copy of a chronology of events relating to the Temporary Restraining Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2009.

_____
Minaksi Bhatt

1655249_1

1
DECLARATION OF MINAKSI BHATT