# EXHIBIT 5

## Chronology

| | |
|---|---|
| 4/11/2008 | Spear ANDA approved, Valeant Citizen Petition denied |
| 4/11/2008 | Spear launches |
| 4/25/2008 | Valeant files TRO application |
| 4/30/2008 | Spear voluntarily ceases marketing, sales, and shipping at request of FDA |
| 5/30/2008 | FDA reaffirms Spear's approval |
| 5/31/2008 | Court grants TRO and requires posting of $500K bond |
| 6/10/2008 | Court extends TRO and increases bond to $1 million |
| 6/18/2008 | Court denies Valeant's PI motion and extinguishes TRO |
| 6/19/2008 | Spear recommences sales |

TRO Period = 5/31/2008 - 6/18/2008 = 19 days/13 weekdays