UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV08-0449-AG(AGRx) | Date | November 2, 2009 |
|---|---|---|---|
| Title | VALEANT PHARMACEUTICALS INTERNATIONAL V. MICHAEL O. LEAVITT, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Debbie Gale | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Valle | Gail Jeanne Standish |
| | Steven Lieberman |

**Proceedings:** MOTION OF SPEAR PHARMACEUTICALS, INC. FOR EXECUTION ON BOND

Cause is called for hearing and counsel make their appearances. Court and counsel discuss the tentative ruling, a copy of which is attached to this minute order. Matter is taken under submission.

|  | : | 17 |
|---|---|---|
| Initials of Preparer | lmb | |