WINSTON & STRAWN LLP
Gail J. Standish (SBN: 166334)
e-mail:  gstandish@winston.com
Peter E. Perkowski (SBN: 199491)
e-mail:  pperkowski@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (admitted *pro hac vice*)
Minaksi Bhatt (SBN: 151312)
1425 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-783-6040
Facsimile: 202-783-6031

Attorneys For Intervenor Defendant
SPEAR PHARMACEUTICALS, INC.

Jeffrey B. Valle (SBN 110060)
E-mail: jvalle@vallemakoff.com
Thomas P. Friedman (SBN 205407)
E-mail: tfriedman@vallemakoff.com
VALLE MAKOFF LLP
11911 San Vicente Blvd, Suite 324
Los Angeles, CA 90049
Telephone: 310-476-0300
Facsimile: 310-476-0333

Attorney for VALEANT
PHARMACEUTICALS INTERNATIONAL

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, | Case No. SACV08-449 AG (AGRx) |
| Plaintiff, | The Honorable Andrew J. Guilford |
| v. | **JOINT REQUEST:** |
| MICHAEL O. LEAVITT, et al., | **(1)  TO RE-OPEN ACTION; and** |
| Defendants. | **(2)  FOR RULING ON SPEAR PHARMACEUTICALS, INC.'S MOTION TO EXECUTE ON TRO BOND** |
| and | |
| SPEAR PHARMACEUTICALS, INC. | |
| Intervenor Defendant. | |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**JOINT REQUEST**

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1    Spear Pharmaceuticals, Inc. ("Spear") and Valeant Pharmaceuticals

2  International ("Valeant") respectfully submit this joint request.

3    On February 10, 2010, Valeant voluntarily dismissed its appeal of the Judgment

4  in this action pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

5    At the time Valeant filed its appeal, Spear's motion for execution on the TRO

6  bond posted by Valeant was pending (the "Bond Motion").

7    On October 30, 2009, this Court issued a tentative ruling on the Bond Motion,

8  and on November 2, 2009, this Court heard oral argument on the Bond Motion.  The

9  matter was taken under submission and no final ruling on Spear's motion for

10 execution on the bond has yet issued.

11    Spear and Valeant (the only parties with an interest in the bond issue) jointly

12 request that this Court re-open the action for the sole purpose of ruling on Spear's

13 pending Bond Motion at its earliest convenience.

14    Respectfully submitted,

15 WINSTON & STRAWN                    VALLE MAKOFF LLP

16

17 /s/ Peter E. Perkowski              /s/ with consent of Thomas P. Friedman
   Gail J. Standish (SBN 166334)       Jeffrey B. Valle (SBN 110060)
18 E-mail: gstandish@winston.com       E-mail: jvalle@vallemakoff.com
   Peter E. Perkowski (SBN 199491)     Thomas P. Friedman (SBN 205407)
19 E-mail: pperkowski@winston.com      E-mail: tfriedman@vallemakoff.com
   WINSTON & STRAWN LLP                VALLE MAKOFF LLP
20 333 South Grand Avenue, 38th Floor  11911 San Vicente Blvd
   Los Angeles, California 90071       Suite 324
21 Telephone: 213-615-1700             Los Angeles, CA 90049
   Facsimile: 213-615-1750             Telephone: 310-476-0300
22                                     Facsimile: 310-476-0333
   Steven Lieberman (*pro hac vice*)
23 Minaksi Bhatt (SBN 151312)          Attorney for VALEANT
   ROTHWELL FIGG ERNST &               PHARMACEUTICALS INTERNATIONAL
24 MANBECK
   1425 K Street, N.W.
25 Suite 800
   Washington, D.C. 20005
26 Telephone: 202-783-6040
   Facsimile: 202-783-6031
27
   Attorneys for Intervenor Defendant
28 SPEAR PHARMACEUTICALS, INC.

1

**JOINT REQUEST**