1  WINSTON & STRAWN LLP
   Gail J. Standish (SBN: 166334)
2  e-mail: gstandish@winston.com
   Peter E. Perkowski (SBN: 199491)
3  e-mail: pperkowski@winston.com
   333 South Grand Avenue, 38th Floor
4  Los Angeles, California 90071-1543
   Telephone: (213) 615-1700
5  Facsimile:  (213) 615-1750

6  ROTHWELL, FIGG, ERNST & MANBECK, P.C.
   Steven Lieberman (admitted *pro hac vice*)
7  Minaksi Bhatt (SBN: 151312)
   Lisa N. Phillips (admitted *pro hac vice*)
8  1425 K Street, N.W.
   Washington, D.C. 20005
9  Telephone: 202-783-6040
   Facsimile: 202-783-6031
10
   Attorneys For Intervenor Defendant
11 SPEAR PHARMACEUTICALS, INC.

**DENIED**
BY ORDER OF THE COURT

Insufficient showing of good cause

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14             SOUTHERN DIVISION – SANTA ANA

15 VALEANT PHARMACEUTICALS          )   Case No. SACV08-449 AG (AGRx)
16 INTERNATIONAL,                   )
                                    )   The Honorable Andrew J. Guilford
17           Plaintiff,             )
                                    )   **[PROPOSED] ORDER TO**
18           v.                     )   **REDACT PORTION OF**
                                    )   **NOVEMBER 2, 2009**
19 MICHAEL O. LEAVITT, et al.,      )   **TRANSCRIPT OF**
                                    )   **PROCEEDINGS**
20           Defendants.           )
                                    )
21 and                             )
                                    )
22 SPEAR PHARMACEUTICALS, INC.     )
                                    )
23           Intervenor Defendant. )
                                    )
24 _____     )

25

26

27

28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

The Court has considered Intervenor Defendant Spear Pharmaceuticals, Inc.'s Application under Local Rule 79-5.1 to redact a portion of the November 2, 2009, Reporter's Transcript of Proceedings.  Based on the foregoing, as well as other matters of record in this case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

    1.    Spear Pharmaceuticals, Inc.'s Application is GRANTED; and

    2.    The Court Reporter shall e-file the redacted transcript within 10 calendar days, redacting the information as set forth in the Transcript Redaction Request.

**SO ORDERED.**

DATED:

_____
Andrew J. Guilford, U.S.D.J.

Submitted by
**WINSTON & STRAWN LLP**
Gail J. Standish
Peter E. Perkowski
333 South Grand Avenue
38th Floor
Los Angeles, CA  90071

By:  _____/s/ Peter E. Perkowski_____
         Peter E. Perkowski
      Attorneys for Intervenor Defendant
      **Spear Pharmaceuticals, Inc.**

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543